No. 205. GREENE, GUARDIAN, *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. J. M. Mannon, Jr.* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Michael H. Cardozo, IV,* for respondent.

No. 207. RUBERT HERMANOS, INC. ET AL. *v.* PUERTO RICO. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Henri Brown* for petitioners. *Messrs. William Cattron Rigby, George A. Malcolm,* Attorney General of Puerto Rico, and *Nathan R. Margold* for respondent.

No. 211. HANNAN ET AL. *v.* CITY OF HAVERHILL ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Joseph F. Rutherford* and *Hayden Covington* for petitioners.

No. 213. PASCONE *v.* MASSACHUSETTS. October 13, 1941. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied. *Messrs. Joseph F. Rutherford* and *Hayden Covington* for petitioner. *Mr. Frank G. Volpe,* Assistant Attorney General of Massachusetts, for respondent.

No. 212. BARNETT ET AL. *v.* RECONSTRUCTION FINANCE CORPORATION. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh